# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALLIED TRADES, INC., <br><br> *Defendant*. | Case No. 1:25-cv-882 (PTG/IDD) |

## ORDER

This matter comes before the Court on the January 23, 2026 Report and Recommendation ("R&R") from Magistrate Judge Ivan D. Davis regarding Plaintiffs' Motion for Default Judgment as to Defendant (Dkt. 8). Judge Davis advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 14 at 11. To date, no objections have been filed.

After reviewing the record and Judge Davis' Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Davis set forth in the R&R (Dkt. 14). Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 8) is **GRANTED**; it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiffs and against Defendant Allied Trades, Inc.; and it is further

2

**ORDERED** that Plaintiffs are entitled to damages in the total amount of $19,938.87 and attorneys' fees and costs in the amount of $4,859.60, for a total of $24,798.47, and any additional interest accruing until the date of this judgment.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiffs, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further **DIRECTED** to forward a copy of this Order to all parties of record.

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 10th day of March, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge